429155880-6

The People of The State of New York VS.

Susp/Rev Check ☐ Yes   No ☐
Motorist Exhibited License ☐ Yes   No ☐

| Last Name | First Name | M.I. |
|---|---|---|
| Mineo | Michael | |

**Street Address** ████████████   Apt. No.

**City** Brooklyn   **State** NY   **Zip Code** ████

**ID Number**   **Date of Birth** MO 9 DAY 17 YR 57   **Sex** M

**Lic. State** NY   **Lic. Class or ID Type** Benz Car   **Date Expires** MO DAY YR   **Operator Owns Vehicle** ☐ Yes   No ☐

OPERATOR AND/OR OWNER OF VEHICLE BEARING LICENSE

| Plate No. | | NY | CT | PA | NJ | Other | Reg. Expires MO DAY YR |
|---|---|---|---|---|---|---|---|

| | CHEV | FORD | HONDA | DODG | OLDS | BUICK | TOYT | NI | Other |
|---|---|---|---|---|---|---|---|---|---|

| SEDAN | SUBN | VAN | TRUCK | MCY | Other | Veh. Yr. | Veh. Color | Alternate Plate | State |
|---|---|---|---|---|---|---|---|---|---|

VIN No.

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

AM ☐ **Time** 7:30 PM ☑ **Date of Offense** 10/15/08   **County** K   **Precinct** 071

**Place of Occurrence** C/S Flatbush Ave & Empire

**IN VIOLATION OF**

| | V.T.L. | Traff. Rules | Admin. Code | Penal Code | Other |
|---|---|---|---|---|---|

**Sec** 240 · **Sub** 20

Description of Violation, if Not Shown Below. (If returnable to Criminal Court, indicate Court Location and Date of Appearance below and COMPLETE, DATE, AND SIGN INFORMATION ON REVERSE SIDE.)

DIS Con

| SPEEDING | | DISOBEY TRAFF CONT DEV | Uninspec. Veh. | Unreg. Veh. | Unlic. Oper. |
|---|---|---|---|---|---|
| MPH | In MPH Zone | ☐ Sign   Pave ☐   ☐ Signal   Marks | Uninsur. Veh. | Com. Veh. | Bus | Haz. Mat. |

The person described above is summoned to appear at CRIMINAL COURT   **Summons Part** 1TF1   **County** NY

**Located at** 346 Broadway

**Date of Appearance** 9:30 a.m. 2 **day of** Jan **year** 2005

I personally observed the commission of the offense charged above. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law. Affirmed under penalty of perjury.

**Rank/Full Signature of Complainant**

**Complainant's Full Name (printed)** Tern   **Command Code** 071

**Agency/NCIC** NYPD   **Squad** NU   **Tax Registry No.** 916843

I acknowledge receipt of this summons. I understand it is my responsibility to read and comply with the instructions on my copy, and that my signature below is not an admission of guilt.

Name _____   Date _____