**429155880-6**

Susp/Rev Check ☐ Yes ☐ No
Motorist Exhibited License ☐ Yes ☐ No

The People of The State of New York VS.

| Last Name | First Name | M.I. |
|---|---|---|
| Mineo | Michael | |

Street Address: [redacted]  Apt. No.:

| City | State | Zip Code |
|---|---|---|
| Brooklyn | NY | [redacted] |

ID Number:

Date of Birth: MO 9 DAY 17 YR 87

Sex: M

| Lic. State | Lic. Class or ID Type | Date Expires | Operator Owns Vehicle |
|---|---|---|---|
| NY | Rent Car | | ☐ Yes ☐ No |

**OPERATOR AND/OR OWNER OF VEHICLE BEARING LICENSE**

Plate No.: [blank]  State: [blank]  Reg. Expires: [blank]

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time | AM/PM | Date of Offense | County | Precinct |
|---|---|---|---|---|
| 13:30 | PM | 10/15/08 | K | 71 |

Place of Occurrence: C/S Flatbush Ave & Empire

**IN VIOLATION OF**

Sec 240 Sub 20 — Admin. Code

Description of Violation: DIS CON

The person described above is summoned to appear at CRIMINAL COURT

Located at: 346 Broadway

Summons Part: 1AF1  County: NY

Date of Appearance: 9:30 a.m. — 2 day of Jan year 2008

I personally observed the commission of the offense charged above. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law. Affirmed under penalty of perjury.

## CRIMINAL COURT INFORMATION (DESCRIBE OFFENSE)

At T/P/O q/o observed the deft act disorderly by blocking vehicle and ped. traffic causing public alarm and fear.

WARRANT CHECK  ☒ Yes  ☐ No

I PERSONALLY OBSERVED THE COMMISSION OF THE OFFENSE CHARGED HEREIN. FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW, AFFIRMED UNDER PENALTY OF PERJURY.

10/17/08
Date

Signature

### DEFENDANT DESCRIPTION

Eye Color _____  Hair Color _____  Ethnicity _____
Ht. _____  Wt. _____  Phone # _____

### ARRAIGNMENT

Defendant pleads  ☐ Guilty  ☐ Not Guilty

Date _____  Judge _____

①