UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL MINEO,

                      Plaintiff,                **ORDER TO ALLOW INSPECTION OF PREMISES FOR PHOTOGRAPHING AND TESTING**

     -Against-

CITY OF NEW YORK, NEW YORK CITY         09 CV 2261 (JBW) (ALC)
POLICE OFFICER RICHARD KERN, Individually and
in his official capacity as a New York City Police Officer;
NEW YORK CITY POLICE OFFICER ALEX CRUZ,
individually and in his official capacity as New York City
Police Officer; NEW YORK CITY POLICE OFFICER
ANDREW MORALES, Individually and in his
Official capacity as a New York City Police Officer;
POLICE OFFICER NOEL JUGRAJ, Individually and in
his official capacity as a New York City Police Officer,
NEW YORK CITY JOHN DOE POLICE OFFICERS,
the identity and number of whom are unknown,
individually and in their official capacity as a New York City
Police Officers and NEW YORK CITY POLICE OFFICER
JOE DOES, supervisory police officers of the City of
New York, the identity and number of whom are unknown,
individually and in their official capacity as New York City
Police Officers,

                      Defendants.
------------------------------------------------------------------X

      It is hereby Ordered that Plaintiff, MICHAEL MINEO, and his attorneys, and their representatives and agents may enter the Prospect Park Subway Station for purposes of measuring, inspecting and photographing. Plaintiff and his representatives should make all efforts to avoid any interference with the operation of the Transit Authority operations at that location. This Order shall remain effective until the completion of the above captioned case.

Dated:     March 15, 2010
             New York, N.Y.

                                               _____
                                               J. Weinstein, Senior United States District Court
                                               Judge for Eastern District of New York

1

