UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

MICHAEL MINEO,

                              Plaintiff,

            -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE OFFICER RICHARD KERN, individually and in his official capacity as a New York City Police Officer; NEW YORK CITY POLICE OFFICER ALEX CRUZ, individually and in his official capacity as a New York City Police Officer; NEW YORK CITY POLICE OFFICER ANDREW MORALES, individually and in his official capacity as a New York City Police Officer; POLICE OFFICER NOEL JUGRAJ, individually and in his official capacity as a New York City Police Officer; NEW YORK CITY POLICE OFFICER JOE DOES, supervisory Police Officers of the City of New York, identity and number whom are unknown, individually and in their official capacity as New York City Police Officers,

                              Defendants.

-------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

**09 CV 2261 (JBW) (ALC)**

JURY TRIAL DEMANDED

        **PLEASE TAKE NOTICE** that defendant City of New York appears herein and that we are the attorneys for said defendant in this action, and demand that a copy of the complaint and all notices and other papers be served upon defendant at this office.

**PLEASE TAKE FURTHER NOTICE** that **KARL J. ASHANTI**, Assistant Corporation Counsel, should be added as a counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York.

Dated: New York, New York
September 21, 2010

                MICHAEL A. CARDOZO
                Corporation Counsel of
                the City of New York
                *Attorney for Defendant*
                *City of New York*
                100 Church Street
                New York, New York 10007
                (212) 227-0414
                (212) 788-9776 (fax)

                By:  s/ Karl J. Ashanti
                      Karl J. Ashanti (KA 4547)
                      Assistant Corporation Counsel

To:    Stephen Jackson, Esq.  (By ECF)
        Kevin Mosley, Esq.
        *Attorneys for Plaintiff*
        350 Fifth Avenue, Suite 2310
        New York, New York 10118


        Mitch Garber, Esq.  (By ECF)
        Worth, Longworth & London, LLP
        *Attorney for Defendant Kern*
        111 John Street, Suite 640
        New York, New York  10028