*Stephen Curtis Jackson*

**Attorney At Law**

(212) 643-2394   Empire State Building   Fax (212) 239-6900
350 Fifth Avenue, Suite 2310
New York, New York 10118
E-Mail StephenJacklaw@aol.com

**VIA ECF**

September 24, 2010

Hon. Jack B. Weinstein
Senior United States District Judge
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Mineo v. City of New York et al,
      09 CV 2291 (JBW) (ALC)

Dear Judge Weinstein:

    I represent the plaintiff in the above referenced matter, together with co-counsel Shafran and Mosley, P.C. I respectfully submit the following proposed briefing schedule for the defendant City of New York's Summary Judgment motion. Defendant City will file its motion on October 4, 2010. Plaintiff's opposition is due October 18, 2010. Defendant City's reply is due October 21, 2010. In light the above schedule the undersigned request that oral argument in this matter be rescheduled from October 14, 2010 to October 28, 2010 or to another date convenient to the court.

                                           Respectfully submitted,
                                                    /s/

                                           Stephen C. Jackson

**BY ECF**
Stuart E. Jacobs, Esq.