UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ DEC 0 2 2010 ★

BROOKLYN OFFICE

MICHAEL MINEO,

                    Plaintiff,

        – against –

POLICE OFFICER RICHARD KERN, and the
CITY OF NEW YORK

                    Defendants.

**ORDER**

09-CV-2261

**JACK B. WEINSTEIN, Senior United States District Judge:**

The attached transcript of the inquiry of today's date with respect to missing evidence is to be filed and docketed.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date:   December 2, 2010
        Brooklyn, New York