**Stephen Curtis Jackson**
                **Kevin L. Mosley**
                  **Attorneys At Law**
                  **44 Church Street**
                  **White Plains, New York 10063**
                  **(212) 631 -7000**
                  **(646) 201-5809**
                  [www.stephenjacklaw@aol.com](www.stephenjacklaw@aol.com)

**VIA ECF**

                                                      April 30, 2012

Magistrate Judge Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  .Mineo v. City of New York et al
     09-CV-2261

Dear Magistrate Judge Go:

     I, along with co-counsel Kevin Mosley, represent the plaintiff in the above referenced matter. I submit this letter respectfully requesting a one week extension to fax the Joint Trial Order to chambers. An extension is necessary in order resolve issues that remain on the proposed Joint Pre Trial Order with regards to certain exhibits.. The extension would be productive in resolving the issues that remain. Prior to this request counsel for the parties engaged in extensive telephone conferences attempting to work out the remaining issues. However, we concluded that further review and consultation would lead to a resolution of these issues and hopefully a much more productive conference with court.

     Accordingly, we request that the time to submit the Joint Pre Trial Order to Your Honor be extended to May 7, 2012. The defendants consent to this application. In the event that the Court denies this request the parties will parties will submit the Joint Pre Trial Order as is. If you have any questions I can be reached at 646-201-5801.

                                                            Respectfully submitted,
                                                           /s/

                                                           Stephen C. Jackson